PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey

**Petition for Warrant or Summons for Offender Under Supervision**

RECEIVED
JUN 2 2006
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

Name of Offender: Salim Kenyatta Davis                                              Cr.: 95-00193-001

Name of Sentencing Judicial Officer: Maryanne Trump Barry, United States District Judge

Date of Original Sentence: 02/20/96

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 120 months

Type of Supervision: Supervised Release                    Date Supervision Commenced: 09/01/03

Assistant U.S. Attorney: To Be Assigned                    Defense Attorney: To Be Assigned

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On March 28, 2006, Salim Davis was convicted on the following charges: Access Device Fraud, specifically a Target Gift Card valued at $500.00; receiving stolen property; criminal conspiracy to receive stolen property and criminal conspiracy to commit access device fraud. On March 28, 2006, the offender was sentenced to a 90 day jail sentence to be served at the Bucks County Correctional Center, Doylestown, Pennsylvania. |
| 2 | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**' |
| | On November 14, 2005, Salim Davis was arrested by Middletown Township Police Department, Langhorne, Pennsylvania. The offender did not have permission to leave the Judicial District of New Jersey on this date. |

3. The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

During and office visit on December 13, 2005, the offender advised the probation office that he had used a target gift card in the Target Store in West Windsor, New Jersey and had been approached by security guards regarding the validity of the card. Offender reported he was not arrested and had to return the merchandise. Despite the probation officer's questioning regarding this incident, at no time did the offender report he was actually arrested on November 14, 2005, in Pennsylvania.

4. The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'

On November 14, 2005, Salim Davis was accompanied by Kevin Riley to Pennsylvania where both were arrested on criminal charges of access device fraud, conspiracy and receiving stolen property. A criminal history inquiry of Riley revealed he is a convicted felon, specifically he has been convicted for Possession with intent to distribute a controlled dangerous substance on school property in 1999 and in 2002

5. The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

On November 14, 2005, Salim Davis was arrested by the Middletown Township Police Department, Langhorne, Pennsylvania and failed to notify the probation officer within 72 hours of his arrest.

6. The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender failed to submit Monthly Written Reports for the Months of March 2005; and October and November 2005.

In addition, the offender failed to report to the probation office as directed on July 29, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

By: Sharon A. O'Brien
U.S. Probation Officer
Date: 05/01/06

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Mary L. Cooper
Signature of Judicial Officer

June 2, 2006
Date